MELANIE GAVISK
Asst. Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
Colorado State Bar #41380
melanie.gavisk@fd.org

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BRYAN CALLIER JONES<br><br>          Defendant. | Case Number: 20-CR-23-S |

### MOTION FOR ORDER DIRECTING PAYMENT OF
### ONE-WAY TRANSPORTATION AT GOVERNMENT EXPENSE

Mr. Jones, by and through counsel, Assistant Federal Public Defender Melanie Gavisk, pursuant to 18 U.S.C.§ 4285, respectfully moves this Court for an Order directing the United States Marshal to pay one-way mileage expenses for Mr. Jones to travel from Jackson, Wyoming to the United States District Court in Lander, Wyoming on or before January 24, 2020, for Mr. Jones's scheduled initial appearance/arraignment.

Mr. Jones further moves that the order issuing from this motion extend the order to reimburse to any date that the above-reference hearing might be moved to.

DATED this 22nd day of January 2020.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        */s/ Melanie Gavisk*
        Melanie Gavisk
        Asst. Federal Public Defender
        214 W. Lincolnway Ste. 31A
        Cheyenne, WY 82001
        307-772-2781

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 22nd day of January 2020 by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing

        */s/ Melanie Gavisk*