PS 42
(Rev. 7/93)

## UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

| | |
|---|---|
| United States of America | ) |
| | ) |
| vs. | ) Case No. 20-CR-23-S |
| | ) |
| BRYAN JONES | ) |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Bryan Jones, have discussed with Colton Esplin, Pretrial Services/Probation Officer, modifications of my release conditions as follows:

To remove the following conditions:

The defendant shall be on location monitoring with RF technology and shall abide by all technology requirements. The telephone line used for electronic monitoring shall not have any special features or services that may interfere with the functioning of the location monitoring equipment. The defendant is restricted to his residence every day from 11:00PM to 6:00AM, or as directed by the Probation Officer. The defendant shall pay all or part of the costs of participation in the location monitoring program as ordered by the Court and as directed by the Probation Officer.

The U.S. Probation Officer is authorized to excuse the defendant's curfew if he is required to travel to Wyoming for legal appointments related to this case, and the travel requires an overnight stay.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ Nov 23/2020     _____ 11/24/2020
Bryan Jones           Date              Colton Esplin           Date
Defendant                               Pretrial Services/Probation Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   11/24/2020
Melanie Gavisk, Defense Counsel         Date

☒ The above modification of conditions of release is ordered, to be effective on __12/1/2020__.
☐ The above modification of conditions of release is *not* ordered.

_____                   12/1/2020
Kelly H. Rankin                         Date
Chief U.S. Magistrate Judge